No. 4,548.—GLADYS M. McCRACKEN, RESPONDENT, *v.*
JOSEPH D. McCRACKEN, APPELLANT.

*Appeal from District Court, Pondera County; John J.
Greene, Judge.*

Decided March 8, 1920.

PER CURIAM.—Pursuant to stipulation of the parties
herein, the appeal in the above-entitled cause is dismissed.

*Messrs. Peters & Smith,* for Appellant.

*Mr. R. M. Hattersley* and *Mr. Stephen J. Cowley,* for Respondent.

---

No. 4,410.—WILLIAM T. WALLACE, RESPONDENT, *v.*
NORTHERN PACIFIC RAILWAY CO., APPELLANT.

*Appeal from District Court, Missoula County; Asa L. Duncan, Judge.*

Decided March 22, 1920.

PER CURIAM.—Pursuant to stipulation of the parties
hereto, the appeal in the above-entitled cause is dismissed.

*Messrs. Gunn, Rasch & Hall,* and *Mr. William Wayne,* for
Appellant.

*Messrs. Patterson & Heyfron,* for Respondent.